WILLIAM FOX, Respondent, v. AUTOMATIC VAUDEVILLE COMPANY, Appellant, Impleaded with SOLOMON SCHINASI and RUDOLPH P. MILLER, Superintendent of Buildings, Borough of Manhattan, City of New York, Defendants.

Appeal from an order of the Special Term granting an injunction restraining the appellant *pendente lite* from acting on any approval of plans, etc.

PER CURIAM: The order appealed from should be affirmed, with ten dollars costs and disbursements, upon the opinion in *Brill* v. *Miller*, decided herewith (*ante*, p. 602). Present — Ingraham, P. J., Laughlin, Clarke, Scott and Miller, JJ.; Laughlin, J., dissented. Order affirmed, with ten dollars costs and disbursements.